UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM ARESTAKESYAN, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; LITHIA FMF, INC., a California Corporation; and DOES 1 through 30, inclusive,<br><br>     Defendants. | Case No.: 1:24−CV−01215−JLT−BAM<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF LITHIA FMF, INC. WITHOUT PREJUDICE** |

-1-

On February 6, 2025, the parties filed a signed stipulation in which they note that the "the Parties met and conferred and agreed to stipulate to dismiss Defendant LITHIA FMF, INC. from this action without prejudice." (Doc. 15.) In light of the stipulated dismissal, Defendant Lithia FMF, Inc. is dismissed from this action by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate this Defendant, only, on the docket.

IT IS SO ORDERED.

Dated: **February 18, 2025**         /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE