Hovanes Margarian, SBN 246359
hovanesm@margarianlaw.com
Armen Margarian, SBN 313775
armenm@margarianlaw.com
Shushanik Margarian, SBN 318617
shushanik@margarianlaw.com
THE MARGARIAN LAW FIRM
462 West Colorado Street
Glendale, California 91204
Telephone: (818) 553-1000
Facsimile: (818) 553-1005

Attorneys for Plaintiff
ARAM ARESTAKESYAN

Spencer P. Hugret (SBN: 240424)
shugret@grsm.com
Katherine P. Vilchez (SBN: 212179)
kvilchez@grsm.com
Trina M. Clayton (SBN: 204215)
tclayton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM ARESTAKESYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; LITHIA FMF, INC., a California Corporation; and DOES 1 through 10, inclusive,<br>Defendants. | Case No: 1:24-cv-01215-JLT-BAM<br><br>District Judge: Jennifer L. Thurston<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE DISMISSAL**<br><br>Complaint Filed:     June 18, 2024<br>Removal Filed:      October 8, 2024<br>**Dismissal Deadline:  July 22, 2025** |

Based on the Stipulation of Plaintiff ARAM ARESTAKESYAN and Defendant FORD MOTOR COMPANY, and good cause appearing, the deadline for the parties to file appropriate papers to dismiss or conclude this action in its entirety is hereby extended by ninety days (90) days to October 20, 2025.

IT IS SO ORDERED.

Dated:  **July 15, 2025**          /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE

-1-
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE DISMISSAL